UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 07-15448 |
| | | CHAPTER 13 |
| ROBERT WOODS, JR. | | |
| JUANITA L. WOODS | : | JUDGE J. VINCENT AUG |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916290 | $824.71 |

Creditor(s)
Wells Fargo Home Mortgage
3476 Stateview Blvd.
Fort Mill, SC 29715

                                                                    Respectfully submitted,

                                               /s/    Margaret A. Burks, Esq.
                                                     Margaret A. Burks, Esq.
                                                     Chapter 13 Trustee
                                                     Attorney No. OH 0030377

                                                     Francis J. DiCesare, Esq.
                                                     Staff Attorney
                                                     Attorney No. OH 0038798

                                                     Karolina F. Perr, Esq.
                                                     Staff Attorney
                                                     Attorney No. OH 0066193

                                                     600 Vine Street, Suite 2200
                                                     Cincinnati, OH 45202
                                                     (513) 621-4488
                                                     (513) 621 2643 (Facsimile)
                                                     mburks@cinn13.org - Correspondence only
                                                     fdicesare@cinn13.org
                                                     kperr@cinn13.org
                                                     cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, December 16, 2009.

                                                    /s/     Margaret A. Burks, Esq.
                                                             Margaret A. Burks, Esq.

| | |
|---|---|
| Wells Fargo Home Mortgage<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715 | Debtor(s) Counsel<br>DEARFIELD, KRUER & CO., LLC<br>8080 BECKETT CENTER DRIVE<br>SUITE 217<br>WEST CHESTER,, OH  45069 |
| Debtor(s)<br>ROBERT WOODS, JR.<br>JUANITA L. WOODS<br>8357 CURZON AVENUE<br>CINCINNATI, OH  45216 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |

Registry_Deposit_for_Creditor